IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL PINA,

      Petitioner,                    No. CIV S-08-2362 JAM DAD P

   vs.

DERRELL G. ADAMS,

      Respondent.                 <u>ORDER</u>

_____/

       On February 4, 2009, the court granted petitioner an extension of time to file an opposition to respondent's November 20, 2008 motion to dismiss. Pursuant to petitioner's request, the court also provided petitioner with a copy of his petition for a writ of habeas corpus. The time for filing his opposition to respondent's motion to dismiss has now expired, and petitioner has neither filed his opposition nor requested an extension of time to do so.

       As the court previously advised petitioner, Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." In the interests of justice, the court will grant petitioner a final fifteen days to file an opposition to respondent's motion to dismiss. In the alternative, if petitioner no longer wishes to proceed with this case, he may file a request to voluntarily dismiss this action without prejudice.

1

In accordance with the above, IT IS HEREBY ORDERED that within fifteen days of the date of service of this order, petitioner shall file an opposition to respondent's motion to dismiss. Failure to do so will likely result in a recommendation that the motion be granted and that this action be dismissed. In the alternative, if petitioner no longer wishes to proceed with this case, he should file a request to voluntarily dismiss this action without prejudice. Fed. R. Civ. P. 41(a); <u>see also</u> Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: March 27, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
pina2362.102(2)